THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHID BILAL, Appellant.

Submitted October 20, 2014; decided October 23, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT J. COOKE, Appellant.

Submitted October 20, 2014; decided October 23, 2014

Motion for assignment of counsel granted and Mary P. Davison, Esq., care of Davison Law Office, 61 North Main St., Suite C, PO Box 652, Canandaigua, New York 14424 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PEALER, Appellant.

Submitted September 29, 2014; decided October 23, 2014

Motion for reargument denied [*see* 20 NY3d 447 (2013)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER E. WALKER, Appellant.

Submitted October 20, 2014; decided October 23, 2014

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.